UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
**GARDEN CITY BOXING CLUB, INC.**                 Civil Action No. 07-CV-08074

      **Plaintiff,**

      .v.                                            **RULE 7.1 STATEMENT**

**JOA, INC.,**
**d/b/a DICEY'S**
**and MARY ANNE VICALE**

      **Defendants,**
-----------------------------------------------------------X

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for <u>Garden City Boxing Club, Inc.</u> (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Date: September 14, 2007            /s/ Paul J. Hooten
                                               **Signature of Attorney**

                                               **Attorney Bar Code: PJH9510**

Form Rule7_1.pdf