A4 – CORPORATION
1PJH896895 Case 1:07-cv-08074-AJP    Document 3    Filed 10/15/2007    Page 1 of 1

## UNITED STATES SOUTHERN DIST. COURT – NEW YORK COUNTY

------------------------------------------
**GARDEN CITY BOXING CLUB, INC.,**

    PLAINTIFF

– vs. –

**JOA, INC DBA DICEY'S ET ANO,**

    DEFENDANT
------------------------------------------

Index No: **07 CIV 8074**
Date Filed: / /
Office No:
Court Date:

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**JOSEPH BARNUM** being duly sworn, deposes and says;

I am over the age of 18 years, not a party to this action, and reside in the State of New York.

That on **10/05/2007** at **6:30PM** at **620 SOUTH BROADWAY , YONKERS, NY 10705**, I served a true copy of the **SUMMONS AND COMPLAINT** upon **JOA, INC DBA DICEY'S** a domestic corporation (one of) the **DEFENDANT** therein named by delivering to, and leaving personally with **"JAMES"JUAN, MANAGING AGENT** a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows:

| SEX: **MALE** | COLOR: **WHITE** | HAIR: **BROWN** |
|---|---|---|
| APP. AGE: **38** | APP. HT: **5'7** | APP. WT: **155** |

OTHER IDENTIFYING FEATURES:

Deponent further says: That at the time of such service I knew the said corporation so served as aforesaid to be the same corporation mentioned and described in the aforementioned document(s) as (one of) the **DEFENDANT** in this action.

Sworn to before me on **10/11/2007**.

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2010

JOSEPH BARNUM
AAA ATTORNEY SERVICE CO. OF NY, INC.
20 VESEY ST., ROOM 1110
NEW YORK, NY 10007
CS

