UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

GARDEN CITY BOXING CLUB, INC.
                Plaintiff,                Index # 07-CV-08074

   -against-

                                              **CERTIFICATE OF SERVICE**

JOA, INC.
d/b/a DICEY'S
and MARY ANNE VICALE
                Defendants,
_____

    I certify that a copy of the Order by THE Honorable Richard J. Sullivan was sent via the U.S. Postal Service within the State of New York, First Class Mail addressed to the following on December 11, 2007:

To:    JOA Inc.
        d/b/a Dicey's
        620 South Broadway.
        Yonkers, NY 10705

        Mary Anne Vicale
        c/o JOA, Inc.
        620 Broadway.
        Yonkers, NY 10705

                                    By:    /s/ Lucille Eichler
                                                Lucille Eichler
                                                Paul J. Hooten & Associates
                                                5505 Nesconset Highway, Suite 203
                                                Mt. Sinai, NY 11766