UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**GARDEN CITY BOXING CLUB, INC**
**Plaintiff.**

-v-

**JOA, INC. *DOING BUSINESS AS* DICEY'S**
**Defendants.**

Case No. 07-CV-08074 (RJS)

ORDER
ECF

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
FILED: _____

RICHARD J. SULLIVAN, District Judge:

At the conference held before this Court on January 3, 2008, the following schedule was adopted:

The Defendant's answer shall be filed not later than **January 18, 2008.** The parties are hereby ORDERED

to appear for a status conference on **February 21, 2008 at 4:15pm** in Courtroom **21C** of the United States

District Court for the Southern District of New York, 500 Pearl Street, NYC.

IT IS HEREBY ORDERED that, by **4pm on February 11**, the parties shall jointly submit a letter,
not to exceed five (5) pages, providing, in separate paragraphs:

(1)     A brief statement of the nature of the action and the principal defenses thereto;

(2)     A brief description of all outstanding motions and/or outstanding requests to file motions;

(3)     A list of all existing deadlines and any upcoming conferences that were previously
        scheduled;

(4)     A brief description of any discovery remaining, specifying that which is necessary for the
        parties to engage in meaningful settlement negotiations;

(5)     A list of all prior settlement discussions, including the date, the parties involved, and the
        approximate duration of such discussions, if any;

(6)     The estimated length of trial;

(7)     Any other information that you believe may assist this Court in resolving this action.

In addition, the parties are directed to complete the Case Management plan and

Order that can be accessed from my Individual Rules on the SDNY website at
**http://www1.nysd.uscourts.gov/judge_info.php?id=99** and submit it to the Court not later than **4pm on
February 11**.

The status letter and the proposed Case Management plan submitted to the Court pursuant to this
Order should be e-mailed directly to my case manager in chambers, at the following e mail address-
**eileen_levine@nysd.uscourts.gov**. Do not file thru ECF. Please consult my Individual Rules with respect
to communications with chambers and related matters.

SO ORDERED.

DATED:

New York, New York_____, 200**8**

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE