# PETER J. PIERGIOVANNI
*Attorney and Counselor at Law*

984 MORRIS PARK AVENUE
BRONX, N.Y. 10462

TELEPHONE (718) 822-0707

FAX: (718) 904-1030

E-MAIL: BRONXLAW@OPTONLINE.NET

March 6, 2008

**VIA FACSIMILE MAIL (212) 805-7946**
**AND VIA FIRST CLASS MAIL**

Richard J. Sullivan, U.S.D.J.
Daniel P. Moynihan U.S. Courthouse
500 Pearl Street
Room 615
New York, NY 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/08

    Re:    *Garden City Boxing v. JOA Inc.*
            Index No. sta07-CV-8074 (RJS)

Dear Judge Sullivan:

    As regards the above matter presently calendared before this Honorable Court tomorrow afternoon for status conference, kindly accept the within correspondence as a written consent application for an adjournment of said conference to March 21st for control purposes.

    We make the instant application in light of recent electronic mail transmissions by this Court for consent to transfer the matter to a District Court Magistrate. In light of our assigned counsel's vacation throughout the instant week, a decision on the Court's request for transfer has been delayed until Mr. Woluewich's return to office next week. Accordingly, it is respectfully submitted to this Court that tomorrow afternoon's conference would result in an unnecessary expense of this Honorable Court's time and resources on behalf of a matter which may thereafter be transferred to the Magistrate, and accordingly require duplication in bringing the Magistrate to date on the case management.

    If this date should be unavailable to this Court, we would simply request notification of the nearest available date.

Respectfully,

Peter J. Piergiovanni

PJP
cc: Paul J. Hooten, Esq. (Via fax)
C:\Office\JOA, Inc\Garden City Boxing\court.let1.wpd

*The status conference is adjourned to March 21, 2008 at 9:30 am.*

**SO ORDERED**
Date: 3/6/08
RICHARD J. SULLIVAN
U.S.D.J.