USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**GARDEN CITY BOXING CLUB, INC**
Plaintiff.

-v-

**JOA, INC. *DOING BUSINESS AS* DICEY'S**
Defendants.

Case No. 07-CV-08074 (RJS)

ORDER
ECF

RICHARD J. SULLIVAN, District Judge:

The above entitled action is referred to Magistrate Judge Peck for the following purpose(s):

| | | | |
|---|---|---|---|
| ___ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | _x_ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute:* | ___ | Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| | | | Purpose: _____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ | Habeas Corpus |
| ___ | Settlement*. | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| | | | Particular Motion: _____ |
| | | | All such motions: ____ |

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:   New York, New York
         March 17, 2008

_____
RICHARD J. SULLIVAN
United States District Judge