```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#_____
DATE FILED: 3/20/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

GARDEN CITY BOXING CLUB, INC.,                :

               Plaintiff,                      :

     -against-                               :

JOA, INC. d/b/a DICEY'S & MARY ANNE VICALE,   :

               Defendants.                     :

------------------------------------- x

07 Civ. 8074 (AJP)

ORDER SCHEDULING
INITIAL PRETRIAL CONFERENCE

**ANDREW J. PECK, United States Magistrate Judge:**

       IT IS HEREBY ORDERED that a conference is scheduled for Monday, March 24, 2008 at 9:30 a.m. before the undersigned in Courtroom 20D (500 Pearl Street).

       Counsel are advised that my chambers (Room 1370, 500 Pearl Street) are to be provided with a courtesy copy of all papers hereafter filed with the Court. The parties are to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which is attached.

       SO ORDERED.

Dated:     New York, New York
            March 20, 2008

                                                  Andrew J. Peck
                                                  United States Magistrate Judge

Copies **by fax & ECF** to:   Paul J. Hooten, Esq.
                                   Peter J. Piergiovanni, Esq.
                                   Johnnie Woluewich, Esq.