UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

GARDEN CITY BOXING CLUB, INC.,　　　　　:

　　　　　　Plaintiff,　　　　　　　　　:

　　-against-　　　　　　　　　　　　　:

JOA, INC. d/b/a DICEY'S & MARY ANNE VICALE,　:

　　　　　　Defendants.　　　　　　　　:

------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 3/24/08

07 Civ. 8074 (AJP)

RULE 16 INITIAL PRETRIAL
CONFERENCE ORDER

**ANDREW J. PECK, United States Magistrate Judge:**

Based on the Initial Pretrial Conference pursuant to Rule 16, Fed. R. Civ. P., held on March 24, 2008 before Magistrate Judge Andrew J. Peck, IT IS HEREBY ORDERED THAT:

1. All fact and expert discovery must be completed by May 30, 2008.

2. Each party will notify this Court by June 3, 2008 as to whether it intends to move for summary judgment. Summary judgment motions must be filed by June 20, 2008, and must comply with the Federal Rules of Civil Procedure, the Local Rules of this Court, and my chamber rules.

3. The parties are to submit a joint proposed pretrial order, in conformance with the Federal Rules of Civil Procedure, the Local Rules of this Court, and my chamber rules, by June 20, 2008 if neither party is moving for summary judgment, or 30 days after decision

2

on the summary judgment motion. The case will be considered trial ready on 24-hours notice after the pretrial order has been submitted.

    4.    The parties are directed to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which was previously provided.

    SO ORDERED.

DATED:    New York, New York
             March 24, 2008

_____
Andrew J. Peck
United States Magistrate Judge

Copies **by fax & ECF** to:    Paul J. Hooten, Esq.
                               Johnnie Woluewich, Esq.