UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GARDEN CITY BOXING CLUB, INC.

                      Plaintiff                  Index #: 07-CV-08074

       -against-                        CERTIFICATE OF SERVICE

JOA, INC.
d/b/a DICEY'S
and MARY ANNE VICALE

                     Defendant
------------------------------------------------------------X

    LUCILLE EICHLER being duly sworn, deposes and says:

That deponent is not a party to the action, is over 18 years of age and is employed in Mt. Sinai, New York.

That on the 27th day of March, 2008, deponent served the defendants attorney, Johnnie Woluewich, Esquire at 984 Morris Park Avenue, Bronx, NY 10462 by depositing a true and correct copy of the Request for Admissions of Fact in a postage prepaid envelope, via first class mail, in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York.

                    By:    /s/ Lucille Eichler
                            Lucille Eichler
                            Paul J. Hooten & Associates
                            5505 Nesconset Hwy, Ste 203
                            Mt. Sinai, NY 11766
                            (631) 331-0547