```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 6/2/08

------------------------------------- x

GARDEN CITY BOXING CLUB, INC.,　　　　　　:

　　　　　　　Plaintiff,　　　　　　　　　　:

　　　　-against-　　　　　　　　　　　　　:

JOA, INC. d/b/a DICEY'S & MARY ANNE VICALE,　:

　　　　　　　Defendants.　　　　　　　　　:

------------------------------------- x

07 Civ. 8074 (AJP)

ORDER SCHEDULING
STATUS CONFERENCE

**ANDREW J. PECK, United States Magistrate Judge:**

IT IS HEREBY ORDERED that a status conference is scheduled for Tuesday, June 3, 2008 at 3:00 p.m. before the undersigned in Courtroom 20D (500 Pearl Street).

SO ORDERED.

Dated:　　　New York, New York
　　　　　　June 2, 2008

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Andrew J. Peck
　　　　　　　　　　　　　　　　United States Magistrate Judge

Copies **by fax & ECF** to:　　Paul J. Hooten, Esq.
　　　　　　　　　　　　　　　Johnnie Woluewich, Esq.

C:\ORD\Order Scheduling Status Conference

# FAX TRANSMITTAL SHEET



**ANDREW J. PECK**
**UNITED STATES MAGISTRATE JUDGE**
**UNITED STATES DISTRICT COURT**
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:       (212) 805-7933
Telephone No.: (212) 805-0036

**Dated:** June 2, 2008                    **Total Number of Pages:** 2

| TO | FAX NUMBER |
|---|---|
| Paul J. Hooten, Esq. | 631-331-2627 |
| Johnnie Woluewich, Esq. | 718-904-1030 |
|  |  |