RECEIVED
JUN 02 2008
CHAMBERS OF
ANDREW J. PECK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#_____
DATE FILED: 6/2/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Civil Case No. 07-CV-8074

GARDEN CITY BOXING CLUB, INC.
    Plaintiff

Judge Andrew J. Peck

against

NOTICE OF *STIPN OF* DISCONTINUANCE *PARTIAL*

JOA, INC. d/b/a DICEY'S
and Mary Anne Vicale
    Defendant

**PLEASE TAKE NOTICE**, that the parties in the above entitled action through their attorneys, do hereby discontinue this matter without prejudice against Mary Anne Vicale **only** and without costs to either party as against the other. This notice may be filed without further notice with the Clerk of the Court. THE CASE REMAINS OPEN as to △ JOA, Inc.

Dated: May 30, 2008

_____
Paul J. Hooten, Esq.
Attorney for Plaintiff
5505 Nesconset Highway
Mt. Sinai, NY 11766
(631) 331-0547

Dated:

_____
Johnnie Woluewich, Esq.
Attorney for Defendant
984 Morris Park Avenue
Bronx, NY 10462
(718) 822-0707

**SO ORDERED**: New York, NY
_____, 2008

_____ 6/2/08
Andrew J. Peck
United States ~~District Court~~ Judge

HON. ANDREW J. PECK
United States Magistrate Judge
Southern District of New York

BY FAX

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:        (212) 805-7933
Telephone No.:  (212) 805-0036

**Dated:** June 2, 2008                              **Total Number of Pages:** 2

| TO | FAX NUMBER |
|---|---|
| Paul J. Hooten, Esq. | 631-331-2627 |
| Johnnie Woluewich, Esq. | 718-904-1030 |
|  |  |

# TRANSCRIPTION:

[New Last Sentence Added]: The case remains open as to defendant JOA, Inc.